FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)   Form 1  March 2023

# UNITED STATES
# COURT OF INTERNATIONAL TRADE

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 23-cv-00084-LWW

Case title being appealed: Atlas Power LLC   v.   United States

Date of final judgment or order being appealed: 02/24/2026

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

Atlas Power LLC

Date: 02/26/2026

Signature: /s/ J. Kevin Horgan

Name: J. Kevin Horgan

Address: deKieffer & Horgan, PLLC

1015 Fifteenth Street NW, 6th Floor

Washington, D.C. 20005

Phone Number: 202-783-6900

Email Address: kevin.horgan@dhlaw.com